Appeal, Third Circuit, Parish of Evangeline. 153 So.2d 562.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

FOURNET, C. J., and SUMMERS, J., are of the opinion the writ should be granted.

■

· 154 So.2d 769

**Richard EASTER, on behalf of/and Administrator of the estate of his minor son, Ricky Scott Easter,**

**v.**

**Clementine DAVIS and the Northern Insurance Co. of New York, New York.**

**No. 46823.**

**June 28, 1963.**

In re: Richard Easter, etc., applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 153 So.2d 463.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.